```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

EITZEN BULK A/S,                           :        09 Civ. 1991 (SHS)

                Plaintiff,       :

     -against-                            :        ORDER

EAST INTERNATIONAL LIMITED,                :

                Defendant.       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

       A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendant,

       IT IS HEREBY ORDERED that the next a pretrial conference will be held on August 6, 2009, at 10:00 a.m.

Dated: New York, New York
       June 9, 2009

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.